UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>   Plaintiff,<br><br>   v.<br><br>J. ARANA, et al.,<br><br>   Defendants. | No.  2:16-cv-1630 MCE CKD P<br><br><br>ORDER |

A settlement conference was held in this matter on November 3, 2016.  A review of the record reveals the case settled.   Good cause appearing, IT IS HEREBY ORDERED that the parties submit a stipulation of dismissal within 30 days of this order.

Dated:  November 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
burn1630.sod